UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

      Plaintiff,

v.                      Case No. 8:17-cv-01259-VMC-TBM

WHIRLPOOL CORPORATION,
      Defendant
_____/

**ORDER**

This matter comes before the Court pursuant to the Mediation Report (Doc. # 39), filed on November 17, 2017, which reports that the parties participated in a mediation conference on November 16, 2017, and have reached a complete settlement.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60)** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY (60)** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and

1

pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of November, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record